UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CEFALU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRIS CEFALU,<br><br>　　　　Defendant. | No.  2:24-cv-02188-DAD-AC<br><br>ORDER REMANDING ACTION TO THE EL DORADO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 6) |

On September 16, 2024, the parties stipulated to remand of this action to the El Dorado County Superior Court, where this action was originally filed. (Doc. No. 6.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the El Dorado County Superior Court. The initial scheduling conference currently set for January 14, 2025 is hereby vacated.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 16, 2024**　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1